**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA**

| | |
|---|---|
| DONALD YORK EVANS and JOHN WITHEROW, | 3:05-CV-0327-ECR-RAM |
| Plaintiffs, | |
| vs. | **ORDER** |
| LENARD VARE, ROSEMARY SEALS, KELLY BALENGER, and DOES 1-X, | |
| Defendants. | |

**Preliminary Injunction**

A preliminary injunction shall be issued in this case against Defendants Lenard Vare, Rosemary Seals, and Kelly Balenger, in favor of Plaintiffs Donald York Evans and John Witherow.

The injunction shall be issued for the reasons stated in the written order issued concurrently on November 18, 2005.

**IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED** that Defendants Lenard Vare, Rosemary Seals, Kelly Balenger, their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with any of them or each of them, who receive actual notice of this order by personal service or

1  otherwise, are hereby preliminarily enjoined and restrained,
2  pending the further proceedings in this case, from denying
3  Plaintiff Witherow the receipt or forwarding of legal mail, which
4  has been identified as such by the sender, Plaintiff Evans, when
5  that mail contains names of parties in published cases and/or when
6  all other names of persons that are not directly involved in
7  Plaintiffs' legal matters have been blacked out.  Any determination
8  of the above will be done pursuant to the prison's scanning
9  procedures for legal mail.
10     **IT IS FURTHER ORDERED** that the Court reserves and shall retain
11 jurisdiction of all matters relating to this preliminary
12 injunction, including the performance thereof and compliance
13 therewith.
14     **IT IS FURTHER ORDERED** that Defendants shall provide actual
15 notice of this injunction to their officers, agents, servants,
16 employees, and attorneys, and upon those persons in active concert
17 or participation with any of them or each of them.
18     **IT IS FURTHER ORDERED** that posting of security is waived.  The
19 First Amendment rights sought to be protected by Plaintiffs present
20 overriding issues of public policy that justify waiver of security
21 pursuant to Fed. R. Civ. P. 62(c).
22
23 This 18th day of November, 2005.

_Edward C. Reed_
UNITED STATES DISTRICT JUDGE

2