# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD YORK EVANS and JOHN WITHEROW, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> LENARD VARE, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | 3:05-CV-327-ECR (RAM) <br><br> **MINUTES OF THE COURT** <br><br> June 2, 2006 |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants have filed a Motion to Depose (Doc. #83).  There has been no opposition.

Defendants' Motion to Depose (Doc. #83) is **GRANTED**.

**IT IS SO ORDERED.**

                                                        LANCE S. WILSON, CLERK

                                                        By:        /s/
                                                              Deputy Clerk