UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DONALD YORK EVANS and JOHN WITHEROW, | 3:05-CV-327-RAM |
| Plaintiffs, | |
| vs. | PERMANENT INJUNCTION |
| LENARD VARE, ROSEMARY SEALS, KELLY BALENGER, et al., | |
| Defendants. | |

Based on the agreement of the parties at the settlement of this case:

IT IS HEREBY ORDERED AND ADJUDGED that Defendants Lenard Vare, Rosemary Seals, Kelly Balenger, their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with any of them or each of them, who receive actual notice of this order by personal service or otherwise, are hereby permanently enjoined and restrained from denying Plaintiff Witherow the receipt or forwarding of mail involving legal matters, which has been identified as such by the sender, Plaintiff Evans, when <u>either</u> of the following individual conditions are met:

(1) The mail consists of regularly published court decisions, laws or regulations;

(2) Where the mail does not consist of regularly published court decisions, laws or regulations, Witherow's correspondence regarding legal matters shall not be interfered with if the names, social security numbers, addresses, and other identifying information of other persons are blacked out.

Prison employees may examine mail from Evans to Witherow to ensure that the conditions above are met.

1	IT IS FURTHER ORDERED that the court reserves and shall retain jurisdiction of all matters relating to this injunction, including performance thereof and compliance therewith.

IT IS FURTHER ORDERED that Defendants shall provide actual notice of this injunction to their officers, agents, servants, employees, and attorneys, and upon those persons in active concert or participation with any of them or each of them.

DATED: April 11, 2008.

_____
UNITED STATES MAGISTRATE JUDGE